### April 27, 1976

M. P. Nos. 76-57 and 76-76. PROVIDENCE GAS COMPANY *v.* EDWARD BURMAN *et al.* Motion of the petitioners for consolidation is granted and the instant cases are consolidated with

the cases of *Rhode Island Consumers' Council* v. *William W. Harsch, et al,* No. 76-73 M. P., and *Rhode Island Consumers' Council* v. *William W. Harsch,* 116 R. I. 912, 354 A.2d 419 (1976). *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for Providence Gas Company; *Roberts & Willey Incorporated, Dennis J. Roberts II,* for Rhode Island Consumers' Council. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.